# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BEVERLY A. ROMEO  
2820 SUMMERDALE AVE  
ROCKFORD, IL  61101  

SSN-xxx-xx-4133

Case Number: 06-70556

|  |  |
|---|---|
| Case filed on: | 4/6/2006 |
| Plan Confirmed on: | 8/21/2006 |

Z Completed by Hardship Discharge

Total funds received and disbursed pursuant to the plan: $4,793.75        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 999 | BEVERLY A. ROMEO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 12,898.87 | 12,898.87 | 1,163.02 | 1,421.08 |
|  | Total Secured | 12,898.87 | 12,898.87 | 1,163.02 | 1,421.08 |
| 002 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMO RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CLIENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CYSTIC FIBROSIS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DELL FINANCIAL SERVICES LP | 1,640.22 | 1,640.22 | 0.00 | 0.00 |
| 009 | I.D.E.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MEDCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 1,336.49 | 1,336.49 | 0.00 | 0.00 |
| 013 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SOCIAL SECURITY ADMINISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | VISINTING NURSES ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 469.52 | 469.52 | 0.00 | 0.00 |
|  | Total Unsecured | 3,446.23 | 3,446.23 | 0.00 | 0.00 |
|  | Grand Total: | 18,286.85 | 18,286.85 | 3,104.77 | 1,421.08 |

Total Paid Claimant:     $4,525.85  
Trustee Allowance:       $267.90  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008          By   /s/Heather M. Fagan